1  Gregory K. Nelson, Esq., CSB No. 203029
2  Email: gnelson@wknjlaw.com
   Janet Robertson Kaufman, Esq. CSB 116143
3  Email: jank@wknjlaw.com
4  Chandler G. Weeks, Esq., CSB No. 245503
   Email: chandler@wknjlaw.com
5  WEEKS, KAUFMAN, NELSON & JOHNSON
6  462 Stevens Avenue, Suite 310
7  Solana Beach, CA 92075
   Telephone: (858) 794-2140
8  Fax: (858) 794-2141
9  Email: Office@wknjlaw.com

10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation, | Case No.: '10CV0338 MMA RBB |
| Plaintiff, | NOTICE OF RELATED CASES |
| vs. | |
| NY EYEWEAR TRADING, INC., A New York corporation, | |
| Defendant. | |

Plaintiff Oakley, Inc., pursuant to Local Rule 40.1, hereby notifies the Court and Defendant NY Eyewear Trading, Inc. that the subject matter of this case is related to the following actions.  However, counsel does not believe that assignment to any particular judge would prove to be judicially economical, as the

Notice of Related Cases

1

merits and issues underlying this case are different and no substantial rulings from the other cases would appear to govern in this case.

1. Civil Action No. 09 CV 2615 W (CAB) filed 11/19/09

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Pepper's Performance Eyewear, Inc. dba Chili's Eyegear</u>

    This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent Nos. 5,054,903, 5,387,949, and 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

2. Civil Action No. SACV09-01285 CJC (RNBx) filed 11/5/09

    U.S. District Court, Central District of California

    <u>Oakley, Inc. v. CTS Wholesale LLC dba Wholesale Discount Sunglasses</u>

    This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

3. Civil Action No. 09CV2333 IEG BLM filed 10/20/09

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Mountain Shades, Inc. dba Optic Nerve</u>

    This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

4. Civil Action No. 09CV 2037 JVS JMA filed 9/17/09

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Ryders Eyewear</u>

Notice of Related Cases

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    5.    Civil Action No. 09CV1739 JAH WMc filed 8/10/09

        United States District Court, Southern District of California

        <u>Oakley, Inc. v. Pyramex Safety Products LLC</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    6.    Civil Action No. 09CV1616 JLS POR filed 7/24/09

        United States District Court, Southern District of California

        <u>Oakley, Inc. v. Smith & Wesson Corp.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    7.    Civil Action No. 09CV1491 W JMA filed 7/9//09

        United States District Court, Southern District of California

        <u>Oakley, Inc. v. Marsalle, Inc. dba New York Shades dba NYS Collection and Sunglass Plus</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent Nos. 5,387,949, D581,443, and 5,054,903 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    8.    Civil Action No. 09CV1120 L BLM filed 5/22/09

        United States District Court, Southern District of California

        <u>Oakley, Inc. v. Evike.com Co. and T H Sunglass Corporation</u>

1  This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

9. Civil Action No. CV09-03037 GW (VBKx) filed 04/30/2009
United States District Court, Central District of California
<u>Oakley, Inc. v. Pacific Link Trade USA, et al.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent Nos. 5,387,949 and D415,188 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

10. Civil Action No. 09 CV 0808 WQH NLS filed 04/17/2009
United States District Court, Southern District of California
<u>Oakley, Inc. v. Bushnell, Inc.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent Nos. 5,137,342 and 5,387,949, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

11. Civil Action No. 08 CV 1457 JAH (JMA) filed 8/11/2008
United States District Court, Southern District of California
<u>Oakley, Inc. v. Big 5 Corporation and Style Eyes Optics</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949, in a patent infringement case with an accused product that is similar with the accused product in this case. Magistrate Judge Adler became familiar with the asserted technology and claims during the ENE process.

12. Civil Action No. 07 CV 1980 BEN (LAB) filed 10/12/2007
United States District Court, Southern District of California
<u>Oakley, Inc. v. Wild Oats Markets, Inc. dba Henrys Farmers Market and Zoom Eyeworks, Inc.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342 in a case involving patent infringement by an accused product that is similar to the accused product in this case.

13. Civil Action No. SACV 07-1194 AG (RNBx) filed 10/09/2007
    United States District Court, Central District of California
    <u>Oakley, Inc. v. UnderArmour, Inc. and Eyeking, LLC</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

14. Civil Action No. 07 1153 AHS (PJWx) filed 09/28/2007
    United States District Court, Central District of California
    <u>Oakley, Inc. v. Zeal Optics, Inc.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,387,949, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

15. Civil Action No. SACV 07-1253 AHS (MLGx) filed 02/23/2007
    United States District Court, Central District of California
    <u>Oakley, Inc. v. O O Sunglass, Inc., Kingpes Trading Co., Inc., Good Bond Industrial Corporation, Steven Carter and Janice Carter</u>

This action involves the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent No. 5,054,903 in a case alleging patent infringement by an accused product that is similar to the accused product in this case. The case is stayed after default was entered as the defendants filed bankruptcy.

16. Civil Action No. SACV 06-2321 AHS (ANx) filed 04/17/2006
    United States District Court, Central District of California
    <u>Oakley, Inc. v. Asia Pacific Trading Co., Inc.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    17.    Civil Action No. 06 CV 0829 J (RBB) filed 04/10/2006
           United States District Court, Southern District of California
           <u>Oakley, Inc. v. Aearo Company</u>

This action involved the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent Nos. 5,137,342 and 5,054,903 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    18.    Civil Action No. 06 CV 0704 H (NLS) filed 04/03/2006
           United States District Court, Southern District of California
           <u>Oakley, Inc. v. Norris Mahoney, Inc. dba Solarex Sunglass Collections</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    19.    Civil Action No. SACV 05-0843 AHS (ANx) filed 08/30/2005
           United States District Court, Central District of California
           <u>Oakley, Inc. v. Jay-Y Enterprises Co.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent Nos. 5,137,342 and D415,188 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

    20.    Civil Action No. 05 CV 1336 B (JMA) filed 06/30/2005
           United States District Court, Southern District of California
           <u>Oakley, Inc. v. United Parcel Service, Inc.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

21. Civil Action No. SACV 05-0219 AHS (MLGx) filed 03/07/2005

    United States District Court, Central District of California

    <u>Oakley, Inc. v. Spy Optic, Inc. and Orange 21</u>

This action involved the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent Nos. 5,137,342 and 5,054,903 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

22. Civil Action No. 04 CV 1379 WQH (POR) filed 07/09/2004

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Joe Werb (Amazing Replicas.com)</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

23. Civil Action No. 04 CV 1015 IEG (BLM) filed 05/18/2004

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Target Corporation, et al.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

24. Civil Action No. 03 CV 2486 IEG (BLM) filed 12/11/2003

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Daniel Weilacher, The BestReplicas.com, United Research</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent Nos. D470,166 and 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

25. Civil Action No. 03 CV 2189 IEG (LSP) filed 11/06/2003

    United States District Court, Southern District of California

    <u>Oakley, Inc. v. Trio Brothers Trading USA</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

26. Civil Action No. 03 CV 1783 JM (JAH) filed 09/05/2003

United States District Court, Southern District of California

<u>Oakley, Inc. v. Del Sol LLC</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

27. Civil Action No. 02 CV 2528 L (RBB) filed 12/23/2002

United States District Court, Southern District of California

<u>Oakley, Inc. v. H.L. Bouton Company</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

28. Civil Action No. 02 CV 0189 BTM (AJB) filed 09/20/2002

United States District Court, Southern District of California

<u>Oakley, Inc. v. KCP Wholesale Distributors</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

29. Civil Action No. 02 CV 1863 IEG (JES) filed 09/18/2002

United States District Court, Southern District of California

<u>Oakley, Inc. v. Crews, Inc. and Applied Industrial Technologies</u>

This action involved the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

… … …

Notice of Related Cases

30.  Civil Action No. 01 CV 1486 K (JAH) filed 08/16/2001

United States District Court, Southern District of California

<u>Oakley, Inc. v. Replicawarehouse.com, United Research, Daniel Weilacher</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

31.  Civil Action No. SACV 01-0806 AHS (ANx) filed 07/18/2001

United States District Court, Central District of California

<u>Oakley, Inc. v. Wilson Sporting Goods</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

32.  Civil Action No. 01 CV 1078 J (RBB) filed 06/15/2001

United States District Court, Southern District of California

<u>Oakley, Inc. v. Keith Mecham dba Epic Apparel</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

33.  Civil Action No. 00 CV 2523 JM (AJB) filed 11/17/2000

United States District Court, Southern District of California

<u>Oakley, Inc. v. Richard Wilton</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

34.  Civil Action No. 00 CV 1882 K (RBB) filed 09/20/2000

United States District Court, Southern District of California

<u>Oakley, Inc. v. Sunshine Tropics and Lino Doe</u>

Notice of Related Cases

Case 3:10-cv-00338-MMA -RBB   Document 5   Filed 02/11/10   Page 10 of 11

This action involved the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

35. Civil Action No. 00 CV 1317 JM (POR) filed 06/30/2000
United States District Court, Southern District of California
<u>Oakley, Inc. v. Ashley Murray dba The Gift Zone and Dawn Murray</u>

This action involved the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent Nos. 5,137,342 and 5,054,903 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

36. Civil Action No. SACV 00-0620 AHS (EEx) filed 06/23/2000
United States District Court, Central District of California
<u>Oakley, Inc. v. Asia Pacific Trading Co., Inc.</u>

This action involved the Plaintiff, Oakley, Inc., and the same patents in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

37. Civil Action No. SACV 00-0586 AHS (ANx) filed 06/14/2000
United States District Court, Central District of California
<u>Oakley, Inc. v. Martini Eyewear; Newport Beach Sunglass Company; Gary Young and Gary Young dba sunglasssales.com and dba koolshades.com</u>

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342 in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

38. Civil Action No. 00 CV 1010 BTM (JFS) filed 05/18/2000
United States District Court, Southern District of California
<u>Oakley, Inc. v. Pacific Sunwear of California, Inc. and Sungold Eyewear, Inc.</u>

10

This action involved the Plaintiff, Oakley, Inc., and the same patent in suit, U.S. Patent No. 5,137,342, in a case alleging patent infringement by an accused product that is similar to the accused product in this case.

DATED: February 10 2010    WEEKS, KAUFMAN, NELSON & JOHNSON

_____
CHANDLER G. WEEKS
Attorney for Plaintiff, Oakley, Inc.